IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                              Plaintiff,

    v.

TONY MEIL,

                              Defendant.

ORDER

13-cv-290-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated June 13, 2013, I dismissed plaintiff Jessie Williams's proposed complaint because it violated Fed. R. Civ. P. 8, and gave him until July 3, 2013 to file an amended complaint. I told plaintiff that if he failed to respond by the deadline, I would dismiss this case for failure to state a claim upon which relief may be granted and issue a strike in accordance with 28 U.S.C. § 1915(g). Paul v. Marberry, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8).

      It is well past the deadline and plaintiff has not responded to the court's June 13 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff Jessie Williams's failure to state a claim upon which relief may be granted.

2. A strike will be recorded in accordance with 28 U.S.C. § 1915(g).

3. Plaintiff is obligated to pay the unpaid balance of his filing fee in monthly payments as described in 28 U.S.C. § 1915(b)(2). The clerk of court is directed to send a letter to the warden of plaintiff's institution informing the warden of the obligation under Lucien v. DeTella, 141 F.3d 773 (7th Cir. 1998), to deduct payments from plaintiff's trust fund account until the filing fee has been paid in full.

4. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 19th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge