IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,                                            JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 13-cv-290-bbc

TONY MEIL,

    Defendant.

      This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Tony Meil dismissing plaintiff's complaint for failure to state a claim upon which relief may be granted.

    /s/                                                       8/19/2013
Peter Oppeneer, Clerk of Court                       Date